**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA,**
***ex rel.* BRIAN WATKINS** **PLAINTIFF-RELATOR**

**v.** **No. 4:20-cv-1110-DPM**

**ADVANCED PATHOLOGY SOLUTIONS, LLC; ADVANCED PATHOLOGY SOLUTIONS, PLLC; and APS MSO, LLC** **DEFENDANTS**

# JUDGMENT

All of Watkins's claims against the named Advanced Pathology entities are dismissed with prejudice. All the United States' claims against the named Advanced Pathology entities for the conduct covered by the settlement agreement are dismissed with prejudice. Any other claims by the United States against the named Advanced Pathology entities are dismissed without prejudice. The Court retains jurisdiction to enforce the parties' settlement agreement, including but not limited to, the relators'-fees issue.

D.P. Marshall Jr.
United States District Judge

17 August 2026